**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J&J SPPORTS PRODUCTIONS, INC., ) | Case No.: 5:10-CV-04188-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER DISMISSING CASE WITH |
| ) | PREJUDICE |
| BENEDICTO R. GARCIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties have filed a stipulation stating that they have settled all claims. In light of this, the Court hereby dismisses the case with prejudice. The Court retains jurisdiction up to and including March 1, 2011 in the event there is a motion from either party to enforce the settlement agreement.

**IT IS SO ORDERED.**

Dated: December 17, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 5:10-CV-04188-LHK
ORDER DISMISSING CASE WITH PREJUDICE